and gained it, or never gained it, was the hunger decision. Second, the teaching. This whole blue knight-circuit case since then, that deals with the murder of Edgerton, that has now become the blue decision. No other case in the last 25, 20 years with intervention of murder and jury or chance murder has been involved. Prisoners have both been violated. They ought to be staying under more recent knight-circuit case laws. Going back to the first argument, when the court was enacted in 68, the 618 gave seven exemptions, 15 wasn't one of them. Therefore, by implication, the guardian of the poker was indirectly abrogated. But even if it wasn't, or we look at it even 12 years later, it makes clear that poker is not an ironclad defense when it comes to consent. So we're not at a certain point here of why it was abrogated. It's not just a, it's not just a what creditor ends up with both of them. This is what creditor ends up with. It's as if all he did was file a brief on the state court and ask us to do more. It's so spotty, so very spotty. It's one of the awesome times of the year. If we walk through the states, we'll see why it's one of the violations. I find, in large part because of the points of view, creditor files a motion to the state court for a large-scale cause so that it can be paid for gains and depositions when the creditor's previously sanctioned. On April 2nd, the state court says, OK, I'll be very able to use it. Bill is critical of this. The motion of the request for orders of cause by creditor is for additional gains and costs. It's a decision money. The order on April 2nd by the state court says, OK, then I'll be very unable to use them for orders of cause. That's why, basically, through the sanction, the third state sees the cost. Right. Right. Right. Right. OK. Right. Yeah, that's good. OK. So it's been sorted. OK, it's sorted. That's the great solution. Second. It works no longer. Cool. I did ask for an en banc hearing. Basically, it was denied to the extent that the law changed. I think this court does have the authority in its law to defend decision one. And I'm not just arguing that it's OK. I'm just saying that the way the case is handled by the court is exactly what the state can do.          Right. OK. OK. OK. OK. OK. OK. Right. Right. Right. Right. Right. Right.  So, that is not what we intended. We plan to reverse this case. So, the answer to your question is a couple of things. First, the court, it's what they're saying is, it says, well, to me this is not about your experience, it's about those referencing individuals. I'm not there to corroborate anything you have heard, and you're not there also to say something is wrong. I'm not there to corroborate anything. I'm not there to corroborate anything you've said, and you are not there to support a judicial opinion or anything that you've said that is not your opinion. And so, that's all I'm here to say. I'm just wondering if you believe this is an under-investment. We have a corporation called the Court of the Hour, which we're the first in the state, and we serve as a community, and we teach individuals to stay as free workers, or you know, whatever it is that you happen to be. And I'm wondering if that makes sense for you, in this case, to say that you want to say something. Here, what perhaps I'm asking us to say is that we have actions that are designed to help, and that is to create money, and to create a position. And, you know, certainly, we are saying that, you know, that there are a number of conditions that are set upon your card, but that's not all you have to look at. So, if I were you, there's nothing to do with the situation you're in. And there's a little bit of a look at it, and perhaps there's a better way to look at it, but I think any closure down there still creates a problem, just like you see here. So, legal, democracy, court, if you saw and said, you know, we should separate out the, for instance, protected force, MPA, or a system of money, what would that mean to you? Would you consider it a restitution? So, that's one of the rules that you have to follow. Should you consider it a restitution? Would you consider it a restitution? What is it that you want us to call a restitution? That MPA is subject to Article 362. MPA, any traditional accredited presumption, is not an accredited presumption. And since it's attached on the 362B, the creditor decision would go forward, should it not go forward. And it's still there. And in some ways, because, if I look right at the state court, which is the U.S. Immigration Courts, it uses it to define who you are as a person, and what your value is as a person. The answer is not only that. Instead, there's a rule of law that I'm certain, and it cites cases. That means that all of the cases it cites, it cites are directly linked to law or cases. It never cites law. Which is this chapter 9 rule that comes up. What was it? Cite law. Because the rule itself is on my mind. But at least, if I was to look at that, and how it works, which states, if I was to file a restitution, all that it said was, and certainly the question was, if it was outstanding status, it would go forward, right? And it said, either or, we don't take these decisions for granted, or we actually think that, in your authority to do that, so certainly you should go to the bankruptcy court, and look at it from a different standpoint. I don't know if it makes any sense. We don't take these decisions for granted. But it's not just defined as a very good person. It's a very good case. The difference between this thing, it was, judge, you can't rule on it, which also comes against fronts, which is where else there's two fronts? Fronts that come in the state court, and it says, they say, no, you can rule on this, because it's the same thing. And no, you can't rule on it. You should, and you shouldn't, or they can't, and they can't. Now, of course, the donor's attorney, which wasn't deemed, to file a brief in response, and she went to bankruptcy court, and the judge stated, so, the actions of the creditor, of course, the debtor's attorney, to take steps, and if you look at Starbuck, I know, 362, King, Judson, assuming the first part of Starbuck's civil ties, it's clear that creditors are taking affirmative steps to stop the situation. And she said, step back a little bit. If you look into this, okay, this is an application, the creditor gave 23 days, and it's all in here, all down to this, the debtor files a brief, she gave a brief, and then, the state court says, it's pretty conceivable, people's money sets, they file a brief, May 1st, so now it's 20 days, and I don't know why, they haven't done, the creditor hasn't done anything to stop this from moving forward, they just increased it, or escalated it, because, you know, debtors are trying to file a brief in front of their bankers, you remember, which is what they did. So instead of taking affirmative steps to stop what Starbuck says, they went forward, and we're saying, the state was violated, by number of ways, one, by filing a brief, that forced the creditor to do something, two, taking no affirmative steps, the state court, they all have, their bankers, they used the debtor's attorney, two, they used the creditor's notice, the bankers, and called it a lien, because there's no state law, but, the attorney, the debtor, called the debtor's attorney, and the state court jury, realizes, it's their own fault, the creditor's in a false hearing, they filed a notice to the bankers, the creditor didn't have to, and then, the week later, filed this brief, no affirmative steps were ever taken, on the creditors, so this is really important, in dealing with debtor, the court was held on the debtor, debtor had no liens, the debtor's attorney ran in the court, the bankers in court, to stop it, so, there were a number of violations, even if, Congress didn't, however, put their hands up for this earlier question, if it's outside the 362B, we've seen in time, and I think the balance of the currency, laid it out, pretty well, and again, in the last 45 years or so, there have been certain cases and conventions, where the creditors have been required, by the bank, on this, and there's another, on the law, and the same system, and it's interesting, because it's interesting, and it's complicated, and it is, as I said, ideas, easier to be squared, and it's a little bit of a jittery, but, it's mostly debtor, and the, and the reason for that, which seems, a little bit, shocking to me, is that the, policy states in those cases, do not, have the property, and might be another, source of, consumer savings, and the problems, that, of course, is how you're working, and how it's generated, and it's not a key money-maker, and it's not, maybe, you need something, and, you should be able to afford it, and, and I'm sure what you're saying is, I'm sure, that's the equivalent of what we wanted to hear you, but the answer to that is, why, why did you want it, which is to say, there are, there are two different, two different, two different, two different, two different, two different, two different, two different, Content. And, I, also, simply wanted to just clarify that, the property, property, which is now represented by you, and under, the E Alfred's, sort of, the legislation, you're looking at, had three members, sort of, glustroness, as to how it might have been important, how it might have been on the online, you know, and people had, for some sources, some sources, it was represented, and seven people just, starting at next pisdle may have had or, you know, it was the largest part of the story, we didn't, we didn't have to use the, we didn't have to use the, the money for it. It was, it was $6,000. There's $4,300, which represents, you know, the total, it's, it's a very small sum of the briefs, which are just, you know, it was $6,000. So, you're only holding three pieces of that, and, we're not holding a bunch of other pieces. So, I do see that, that's very important, because, there's a lot of issues, and there's, there's, I would say it's more than, you know, it's more than $6,000. You were, there's also something to be made out of, you know, by, you certainly, were able to get a specialization, or, or some other scarcity, and that's not, that's not, what is a large scarcity, and, and, prior to that, it was primarily, you know, you were the only one, so it's not, it's a, it's a very significant thing. And, and, and, and, and, and, and, and,             and,  and, and, and, and, and, and, and, and, and, and, and. And, and it was assigned to you, as, and it is, and it is, and it is,   and it is, and it is, and it is, and it is. And women of standard b biếtienいる And women of standard bi Quebec And women of standard bi Quec And women of standard bi Quec       And women of standard bi Quebec And women of standard bi Quebec And women of standard bi Quec And women of standard bi Quec And women of standard bi Quec And women of standard bib just By Falling in the Moschino By Falling in the Moschino  by Falling in the Moschino   There's a Eur好像 Euro Eur  Euro Then Then Dan Then  Dan Emily And And And And And And  And And And And And  And And And And And And  Yeah. .
judges: Gould, Clifton, Watford